IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CORINA JOANN PUCKETT                                                                         PETITIONER
ADC #707267

V.                                           NO.  5:04CV00336 JMM

LARRY NORRIS, Director,                                                                        RESPONDENT
Arkansas Department of Correction

## ORDER

Pending in this 28 U.S.C. § 2254 case is Respondent's motion to dismiss because he was not sufficiently served with the petition (docket entry #12).  The record shows that Respondent was later successfully served and has filed a response (docket entries #14, #15).  The motion to dismiss is **denied** as moot.

IT IS SO ORDERED this  18th  day of August, 2005.

                                                                                       _____
                                                                                       UNITED STATES DISTRICT JUDGE