IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CORINA JOANN PUCKETT                                                    PETITIONER
ADC #707267

V.                            NO.  5:04cv00336 JMM

LARRY NORRIS, Director,                                                 RESPONDENT
Arkansas Department of Correction

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus in its entirety, with prejudice.

IT IS SO ORDERED this 17th day of August, 2007.

_____
UNITED STATES DISTRICT JUDGE